IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Amanda U. Levy, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv128 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Bloomingdale's, (Macy's) Inc., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 7, 2014 a Report and Recommendation (Doc. 30).  Objections to the Report and Recommendation are due on January 24, 2014.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B) on the ground it is frivolous and pursuant to Fed. R. Civ. P. 12(b)(6) on the ground it fails to state a claim to relief.

Plaintiff's motion for leave to amend/supplement the complaint (Docs. 25 and 29) are **DENIED.**

Defendant's motion to strike the second amended complaint (Doc. 20) and plaintiff's motion for relief on a certain date (Doc. 16), revised motion for relief (Doc. 17), and motion to

strike the motion to dismiss and receive court documents via email (Doc. 26) are **DENIED** as moot.

Amanda U. Levy/Amanda Ajuluchuku/Amanda Levy-Ajuluchuku is **ENJOINED** from filing any future civil actions in the Southern District of Ohio unless the complaint is first certified as non-frivolous by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted.  The Clerk of Court is directed to reject any complaint from Amanda U. Levy/Amanda Ajuluchuku/Amanda Levy-Ajuluchuku unless she complies with the court's pre-filing certification instructions and pay the full filing fee.

The Court certifies pursuant to 28 U.S.C. 1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith and there **DENIES** plaintiff leave to appeal *in forma pauperis*.  Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals.  See *Calllihan v. Schneider,* 178, F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____
                                                          Chief Judge Susan J. Dlott
                                                          United States District Court